Rene Fernandez GARCIA,
Petitioner–Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 14–6493.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 23, 2014.

Rene Fernandez Garcia, Appellant Pro
Se.

Before SHEDD, DUNCAN, and
FLOYD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Rene Fernandez Garcia, a federal pris-
oner, appeals the district court's order de-
nying relief on his 28 U.S.C. § 2241 (2012)
petition. We have reviewed the record and
find no reversible error. Accordingly, we

grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Garcia v. United States,* No. 5:13–hc–02182–D (E.D.N.C. Mar. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*